# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLR PARTNERS, LLC, a California corporations; ROZI MEDICAL DEVICES LIMITED, an Ohio corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>B. BRAUN MEDICAL INC., a Pennsylvania corporation,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 09 CV 1145 JM (RBB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-2**<br><br>Doc. No. 19 |

Pending before the court is Plaintiff's Motion for Leave to File Under Seal confidential documents pursuant to Local Rule 79-2. Having considered the motion and the relevant exhibits submitted to the court, for good cause appearing, the court GRANTS the motion. Accordingly, the following documents shall be FILED UNDER SEAL:

1. Memorandum in Opposition to B. Braun Medical Inc.'s Motion to Dismiss;
2. Exhibits 14-23 to the Declaration of Jonathan Hangartner in Opposition to B. Braun Medical Inc.'s Motion to Dismiss;

- 1 -　　　　　　　　　　　　　09cv1145

3. Declaration of Bobby Rogers; and

4. Exhibit A to the Declaration of Bobby Rogers.

**IT IS SO ORDERED.**

DATED: September 10, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

- 2 -

09cv1145