# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLR PARTNERS, LLC and ROZI MEDICAL DEVICES LIMITED,<br><br>    Plaintiffs,<br><br>vs.<br><br>B.BRAUN MEDICAL INC.,<br><br>    Defendant. | CASE NO. 09 CV 1145 JM RBB<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL**<br><br>Doc. No. 25 |

Pending before the court is Defendant's motion to file under seal its reply pursuant to Local Rule 79-2. Having considered the motion and the reply submitted to the court, and finding good cause, the court GRANTS the motion. Accordingly, Defendant's Reply In Support of B. Braun Medical Inc.'s Motion to Dismiss shall be FILED UNDER SEAL.

**IT IS SO ORDERED.**

DATED: September 14, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge