# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

SLR Partners, LLC and Rozi Medical Devices Limited

V.

B. Braun Medical Inc.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 09cv1145-JM(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant's motion to dismiss is granted............................................................................................................................................................................................................................................................

| October 26, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | S/ T. Lee |
|  | (By) Deputy Clerk |
|  | ENTERED ON October 26, 2009 |

09cv1145-JM(RBB)